UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| MELVIN MORRIS | CIVIL ACTION NO. 13-2246 |
|---|---|
| VERSUS | JUDGE DONALD E. WALTER |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Government's motion for summary judgment [Doc. #122] is **DENIED**. Plaintiff's motion for partial summary judgment [Doc. #126] is **DENIED IN PART** as to parental companionship damages, **GRANTED IN PART** as to Plaintiff's entitlement to medical and funeral expenses, and **DENIED AS MOOT** with respect to Plaintiff's claim for damages on behalf of Neikisha Womack.

The Government shall deposit the awarded damages ($82,377.41) for Plaintiff's medical expense claim with the registry of the Court.

**THUS DONE AND SIGNED**, this 31st day of July, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE